UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELENA Y. HANCOCK,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON HOSPITAL CENTER,<br><br>Defendant. | Civil Action No. 10-cv-487 (RLW) |

## VERDICT FORM

1. Do you find, by a preponderance of the evidence, that the plaintiff has proven that the defendant terminated the plaintiff because of her disability?

    Yes _____      No __X__

2. Do you find, by a preponderance of the evidence, that the defendant failed to provide a reasonable accommodation to the plaintiff?

    Yes _____      No __X__

*IF YOU ANSWERED "YES" TO EITHER QUESTION 1 OR QUESTION 2, PLEASE PROCEED TO ANSWER QUESTION 3, BELOW. IF YOU ANSWERED "NO" TO BOTH QUESTION 1 AND QUESTION 2, THEN YOUR DELIBERATIONS ARE OVER. YOUR FOREPERSON SHOULD SIGN AND DATE THIS VERDICT FORM.*

3. Do you find, by a preponderance of the evidence, that the plaintiff has sustained injuries or damages that were caused by any of the defendant's actions?

    Yes _____      No _____

*IF YOU ANSWERED "NO" TO THIS QUESTION, BUT YOU HAVE ANSWERED "YES" TO EITHER QUESTION 1 OR QUESTION 2, ENTER AN AMOUNT OF NOMINAL DAMAGES $_____, AND PROCEED TO QUESTION 5, BELOW. IF YOU ANSWERED "YES" TO THIS QUESTION, THEN PROCEED TO QUESTION 4.*

1

4. What amount of compensatory damages do you award the plaintiff?

Amount of Damages:        $ _____

5. Do you find, by a preponderance of the evidence, that the plaintiff has established she is entitled to an award of punitive damages against the defendant, and if so, in what amount?

_____ Yes       _____ No

Amount of Punitive Damages:    $ _____

*Sept. 5, 2013*
DATE

JURY FOREPERSON SIGNATURE